# Beath, Patrick

| | |
|---|---|
| **From:** | Katie Flynn <katie@houshlaw.com> |
| **Sent:** | Tuesday, April 28, 2020 11:42 AM |
| **To:** | Beath, Patrick |
| **Cc:** | vinceab13@yahoo.com; frank@houshlaw.com; kirsten@houshlaw.com |
| **Subject:** | Bradley - A Dispute with the City of Rochester Police Department |
| **Attachments:** | BONGIOVANNI NOTICE OF DEPOSITION.pdf; Bradley First Set.pdf; CROPO NOTICE OF DEPOSITION .pdf; SUTTON NOTICE OF DEPOSITION .pdf |

> Warning: This email originated from an external source. Please do not open attachments, click on links, or provide your username or password if the source is suspicious.

Greetings Mr. Beath;

Enclosed are four documents from Mr. Housh regarding the matter above. Moreover, Mr. Housh will be sending these documents via U.S. Mail today.

Kindly,
Katie Flynn
Legal Assistant
Housh Law Offices, PLLC
katie@houshlaw.com
716-221-0231