UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VINCE BRADLEY, JR
          Plaintiff,

v.

ROCHESTER POLICE SGT. ANTHONY BONGIOVANNI, CITY OF ROCHESTER,
          Defendant.

**AFFIRMATION IN RESPONSE TO DEFENDANT'S MOTION *IN LIMINE***

Index No. 6:18-cv-06823-(FPG)(MJP)

**FRANK HOUSH**, under the penalties of perjury and pursuant to NY CPLR 2106 hereby affirms:

1. I am an attorney duly admitted to practice law in the State of New York and I am the principal attorney for Housh Law Offices, PLLC, attorneys for the plaintiff VINCENT BRADLEY JR. I submit this affirmation in opposition to the Motion for Summary Judgment filed by ROCHESTER POLICE SGT. ANTHONY BONGIOVANNI, and the CITY OF ROCHESTER.

2. The Court gave plaintiff the opportunity to respond both in Court and in writing related defendant's *Motion in Limine*.

3. Upon reflection, plaintiff has no objection to defendant's requests.

DATED:    Buffalo, New York
               July 13, 2022

By:   /s/ Frank Housh
      HOUSH LAW OFFICES, PLLC
      Frank Housh, Esq.
      *Attorneys for VINCE BRADLEY*
      70 Niagara Street • Buffalo, NY • 14202
      phone 716.362.1128 • fax 716.242.3000
      frank@houshlaw.com

1

Case 6:18-cv-06823-FPG-MJP   Document 63   Filed 07/14/22   Page 2 of 2